IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

JUL 1 8 2013

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:13-CR-310 |
| | ) | |
| Edwin Gerardo Figueroa Sepulveda, | ) | Count 1 - |
| also known as "Garcho," | ) | 18 U.S.C. §§ 1116(a), (c) and 2 |
| (Counts 1 through 4) | ) | (Murder of an Internationally |
| | ) | Protected Person; Aiding and |
| | ) | Abetting) |
| Omar Fabian Valdes Gualtero, | ) | |
| also known as "Gordo," | ) | Count 2 - |
| (Counts 1 through 4) | ) | 18 U.S.C. §§ 1114, 2 |
| | ) | (Murder of an Officer or |
| | ) | Employee of the United States; |
| Edgar Javier Bello Murillo, | ) | Aiding and Abetting) |
| also known as "Payaso," | ) | |
| (Counts 1 through 4) | ) | Count 3 - |
| | ) | 18 U.S.C. § 1201(c) |
| | ) | (Conspiracy to Kidnap) |
| Hector Leonardo Lopez, | ) | |
| also known as "Bavario," | ) | Count 4 - |
| (Counts 1 through 4) | ) | 18 U.S.C. §§ 1201(a), (c) and 2 |
| | ) | (Kidnapping; Aiding and |
| | ) | Abetting) |
| Julio Estiven Gracia Ramirez, | ) | |
| also known as "Steven," | ) | Count 5 - |
| (Counts 1 through 4) | ) | 18 U.S.C. §§ 111 and 2 |
| | ) | (Assault on an Officer or |
| | ) | Employee of the United States; |
| Andrés Alvaro Oviedo-Garcia, | ) | Aiding and Abetting) |
| also known as "Flaco," | ) | |
| also known as "Chino," | ) | Count 6 - |
| (Counts 1 through 6) | ) | 18 U.S.C. §§ 112 (a), (e) and 2 |
| | ) | (Assault on an Internationally |
| and | ) | Protected Person; Aiding and |
| | ) | Abetting) |
| Wilson Daniel Peralta-Bocachica, | ) | |
| (Count 7) | ) | Count 7 - |
| | ) | 18 U.S.C. § 1512(c) |
| | ) | (Obstruction of Official |
| Defendants. | ) | Proceeding) |

INDICTMENT

JULY 2013 TERM - at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

Background

At all times relevant to this Indictment:

1.      James Terry Watson was a Special Agent ("Special Agent Watson") with the Drug Enforcement Administration (DEA), an agency of the United States Government.

2.      The DEA has 86 offices in 67 foreign countries.  Two of these offices are located in the Republic of Colombia (Colombia).

3.      Special Agent Watson was hired by the DEA as a full-time employee serving as a Special Agent in June 2000.  After serving in DEA's Honolulu District Office, Caribbean Division, and Foreign-deployed Advisory Support Team, Special Agent Watson was assigned to DEA's Cartagena, Colombia Resident Office in July 2010.

4.      Prior to working for DEA, Special Agent Watson served as a Sheriff's Deputy with the Richland Parish Sheriff's Office, and as a Deputy United States Marshal in the Southern District of Mississippi.

5.      Special Agent Watson was  a United States citizen, born on December 9, 1970 in Monroe, Louisiana.

6.      Special Agent Watson was an Internationally Protected Person.

7.      The conduct alleged herein is within the venue of the United States District Court for the Eastern District of Virginia as provided by Title 18, United States Code, Section 3238, as

2

the defendants will be first brought to the Eastern District of Virginia.

The "Millionaire's Ride"

8.      The defendants operated taxi cabs in Bogota, Colombia in order to lure victims whom they perceived as wealthy.

9.      The defendants would arm themselves with knives, tasers, chemical sprays, and other weapons.

10.     Once an intended victim entered into a taxi cab operated by one of the defendants, the driver of the taxi cab would signal the others to commence the robbery and kidnapping operation.

11.     After one of the defendants provided the signal, other defendants in a second taxi cab would pull up behind the taxi cab containing the intended victim, and defendants from the second taxi would enter the rear seat of the taxi cab containing the victim.

12.     The defendants would hold the victim in the back of the cab by force and threat of force, and would rob the victim of his or her valuables, including credit and bank cards and other valuables.

13.     While holding and detaining the victim, the defendants would obtain the victim's personal identification numbers (PINs) for the bank and credit cards by force and threat of force.

14.     A defendant operating a third cab would pull behind the other taxi cabs to assist the defendants in the first and second taxi cabs, including to serve as a look out, block other traffic, and, in some instances, take possession of the victim's credit and bank cards.

15.     The defendant in the third cab would drive from bank to bank attempting to withdraw as much currency as possible from the victim's bank or credit accounts.  If the victim

3

failed to provide correct PINs, the defendants that remained with the victim would use additional force to obtain correct PINs from the victim.

16.     This type of robbery is colloquially known in Colombia as a "millionaire's ride."

<u>The Robbery, Kidnapping, and Murder of Special Agent Watson</u>

17.     On or about June 20, 2013, in Bogota, Colombia, the defendants targeted Special Agent Watson for a "millionaire's ride." After the defendants picked up Special Agent Watson in a taxi, the defendants transported and held Special Agent Watson. One of the defendants used a stun gun to shock Special Agent Watson. One of the defendants stabbed Special Agent Watson. Special Agent Watson was able to escape from the defendants' custody. He soon collapsed and was brought to the hospital, where he was declared dead. He died from blood loss resulting from multiple stab wounds.

## COUNT 1

(Second Degree Murder of an Internationally Protected Person; Aiding and Abetting)

THE GRAND JURY FURTHER CHARGES THAT:

The allegations in paragraphs 1 through 17 of this Indictment are incorporated herein by reference.

On or about June 20, 2013, in Bogota, Colombia, a location outside the territory of the United States, the defendants, Edwin Gerardo Figueroa Sepulveda, also known as "Garcho," Omar Fabian Valdes Gualtero, also known as "Gordo," Edgar Javier Bello Murillo, also known as "Payaso," Hector Leonardo Lopez, also known as "Bavario," Julio Estiven Gracia Ramirez, also known as "Steven," and Andrés Alvaro Oviedo-Garcia, also known as "Flaco," also known as "Chino," each aiding and abetting the others, did unlawfully kill, with malice aforethought, Special Agent Watson, an employee of the United States and an internationally protected person.

(In violation of Title 18, United States Code, Sections 1116(a), (c) and 2).

<u>COUNT 2</u>

(Second Degree Murder of an Officer or Employee of the United States; Aiding and Abetting)

THE GRAND JURY FURTHER CHARGES THAT:

The allegations set forth in paragraphs 1 through 17 of this Indictment are incorporated herein by reference.

On or about June 20, 2013, in Bogota, Colombia, the defendants, Edwin Gerardo Figueroa Sepulveda, also known as "Garcho," Omar Fabian Valdes Gualtero, also known as "Gordo," Edgar Javier Bello Murillo, also known as "Payaso," Hector Leonardo Lopez, also known as "Bavario," Julio Estiven Gracia Ramirez, also known as "Steven," and Andrés Alvaro Oviedo-Garcia, also known as "Flaco," also known as "Chino," each aiding and abetting the others, did unlawfully kill, with malice aforethought, Special Agent Watson, an officer and employee of the United States, while Special Agent Watson was engaged in the performance of official duties.

(In violation of Title 18, United States Code, Sections 1114 and 2).

## COUNT 3

### (Conspiracy to Kidnap)

THE GRAND JURY FURTHER CHARGES THAT:

The allegations set forth in paragraphs 1 through 17 of this Indictment are incorporated herein by reference.

On or about June 20, 2013, in Bogota, Colombia, the defendants, Edwin Gerardo Figueroa Sepulveda, also known as "Garcho," Omar Fabian Valdes Gualtero, also known as "Gordo," Edgar Javier Bello Murillo, also known as "Payaso," Hector Leonardo Lopez, also known as "Bavario," Julio Estiven Gracia Ramirez, also known as "Steven," and Andrés Alvaro Oviedo-Garcia, also known as "Flaco," also known as "Chino," and others, known and unknown to the Grand Jury, did knowingly combine, confederate and conspire to seize, confine, inveigle, decoy, kidnap, and abduct Special Agent Watson, an internationally protected person and an official and employee of the United States engaged in the performance of his official duties, using the manners and means alleged in paragraphs 8-17 above.

### Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy, the defendants committed overt acts, including, but not limited to, the following:

18.     On or about June 20, 2013, in Bogota, Colombia, Edwin Gerardo Figueroa Sepulveda, also known as "Garcho," Omar Fabian Valdes Gualtero, also known as "Gordo," Edgar Javier Bello Murillo, also known as "Payaso," Hector Leonardo Lopez, also known as "Bavario," Julio Estiven Gracia Ramirez, also known as "Steven," and Andrés Alvaro Oviedo-Garcia, also known as "Flaco," also known as "Chino," operated three taxi cabs.

7

19.     On or about June 20, 2013, in Bogota, Colombia, Edwin Gerardo Figueroa Sepulveda, also known as "Garcho," Omar Fabian Valdes Gualtero, also known as "Gordo," Edgar Javier Bello Murillo, also known as "Payaso," Hector Leonardo Lopez, also known as "Bavario," and Julio Estiven Gracia Ramirez, also known as "Steven," seized, confined, inveigled, decoyed, kidnapped, and abducted Special Agent Watson.

20.     On or about June 20, 2013, in Bogota, Colombia, Edwin Gerardo Figueroa Sepulveda, also known as "Garcho," used a taser to shock Special Agent Watson.

21.     On or about June 20, 2013, in Bogota, Colombia,  Edgar Javier Bello Murillo, also known as "Payaso," stabbed Special Agent Watson resulting in the death of Special Agent Watson.

(All in violation of  Title 18, United States Code, 1201(c)).

## COUNT 4

(Kidnapping; Aiding and Abetting)

THE GRAND JURY FURTHER CHARGES THAT:

The allegations set forth in paragraphs 1 through 17 of this Indictment are incorporated herein by reference.

On or about June 20, 2013, in Bogota, Colombia, the defendants, Edwin Gerardo Figueroa Sepulveda, also known as "Garcho," Omar Fabian Valdes Gualtero, also known as "Gordo," Edgar Javier Bello Murillo, also known as "Payaso," Hector Leonardo Lopez, also known as "Bavario," Julio Estiven Gracia Ramirez, also known as "Steven," and Andrés Alvaro Oviedo-Garcia, also known as "Flaco," also known as "Chino," each aiding and abetting the others, did, and did attempt to, unlawfully seize, confine, inveigle, decoy, kidnap and abduct Special Agent Watson, an internationally protected person and an official and employee of the United States engaged in his official duties.

(In violation of Title 18, United States Code, Section 1201(a), (d) and 2).

## COUNT 5

(Assault on an Officer or Employee of the United States; Aiding and Abetting)

THE GRAND JURY FURTHER CHARGES THAT:

The allegations set forth in paragraphs 1 through 17 of this Indictment are incorporated herein by reference.

On or about June 20, 2013, in Bogota, Colombia, the defendant, Andrés Alvaro Oviedo-Garcia, also known as "Flaco," also known as "Chino," aiding and abetting others, and using a deadly and dangerous weapon, did unlawfully and forcibly assault, resist, oppose, impede, intimidate and interfere with, and did inflict bodily injury on Special Agent Watson, an officer and employee of the United States, while Special Agent Watson was engaged in the performance of official duties.

(In violation of Title 18, United States Code, Section 111 and Section 2).

COUNT 6

(Assault on an Internationally Protected Person; Aiding and Abetting)

THE GRAND JURY FURTHER CHARGES THAT:

The allegations set forth in paragraphs 1 through 17 of this Indictment are incorporated herein by reference.

On or about June 20, 2013, in Bogota, Colombia, the defendant, Andrés Alvaro Oviedo-Garcia, also known as "Flaco," also known as "Chino," aiding and abetting others, and using a deadly and dangerous weapon, did unlawfully and forcibly assault, resist, oppose, impede, intimidate and interfere with, and did inflict bodily injury on Special Agent Watson, an employee of the United States and an internationally protected person.

(In violation of Title 18, United States Code, Section 112(a) and (e) and Section 2).

11

## COUNT 7

### (Obstruction of Official Proceeding)

THE GRAND JURY FURTHER CHARGES THAT:

The allegations set forth in paragraphs 1 through 17 of this Indictment are incorporated herein by reference.

From on or about June 21, 2013, through on or about June 28, 2013, the defendant, Wilson Daniel Peralta-Bocachica, did, and did attempt to, corruptly alter, destroy, mutilate and conceal, objects, specifically, a vehicle bearing taxi number 42889, Colombian license plate VEN 144, Vehicle Identification Number KMHCM41AP8U154320, and items of clothing and other materials, with the intent to impair the objects' integrity and availability for use in an official proceeding, and did otherwise obstruct and impede an official proceeding.

(In violation of Title 18, United States Code, Section 1512(c)).

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
Foreperson

Neil H. MacBride
United States Attorney

Mythili Raman
Acting Assistant Attorney General
Criminal Division

By: _____
Michael P. Ben'Ary
Assistant United States Attorney

By: _____
Stacey Luck
Special Counsel
Human Rights and Special Prosecutions
Section

12